**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00209-CV**
_____

**IN RE SADDLES BLAZIN, LLC**

**Original Proceeding**
**457th District Court of Montgomery County, Texas**
**Trial Cause No. 18-03-03200-CV**

**ORDER**

Saddles Blazin, LLC, Relator, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relator is the plaintiff in Trial Cause Number 18-03-03200, *Saddles Blazin, LLC v. KRG Portofino, LLC.* Relator seeks a writ compelling the Honorable Vince Santini, Judge of the 457th District Court of Montgomery County, Texas, to vacate an order denying a motion to quash and granting an order compelling a non-party deposition. *See* Tex. Gov't Code Ann. § 22.221.

Relator requests that the trial court's order be stayed and all trial court proceedings while this Court considers the mandamus petition. The Court finds

1

temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's Order of August 28, 2020 and the deposition of Brian Kelley, as described in the trial court's order, is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relator as a condition to any relief herein granted.

The response of the real party in interest, KRG Portofino, LLC, to the petition for a writ of mandamus is due September 14, 2020.

MOTION FOR TEMPORARY RELIEF GRANTED IN PART.

ORDER ENTERED September 3, 2020.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.